UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| **TERENCE JAMES ALOST** | **CASE NO. 5:19-CV-01504** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **DESOTO REGIONAL HEALTH SYSTEM FOUNDATION, ET AL.** | **MAG. JUDGE KAREN L. HAYES** |

## J U D G M E N T

The Report and Recommendation of the Magistrate Judge [Doc. No. 20] having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED**, that the qui tam allegations set forth in the complaint, as amended, are hereby **STRICKEN**.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED**, that any remaining personal/individual capacity claims are **DISMISSED, without prejudice**, for lack of subject matter jurisdiction.

The Clerk of Court is ordered to close this case.

Monroe, Louisiana, this 25th day of November, 2020.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| **TERENCE JAMES ALOST** | **CASE NO. 5:19-CV-01504** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **DESOTO REGIONAL HEALTH SYSTEM FOUNDATION, ET AL.** | **MAG. JUDGE KAREN L. HAYES** |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a de novo review of the record, finding that the Magistrate Judge's Report and Recommendation is correct,

IT IS ORDERED that the qui tam allegations set forth in the complaint, as amended, are hereby STRICKEN. Fed.R.Civ.P. 11.

IT IS FURTHER ORDERED that any remaining personal/individual capacity claims are DISMISSED, without prejudice, for lack of subject matter jurisdiction. Fed.R.Civ.P. 12(h)(3).

The case is closed.

Monroe, Louisiana, this _____ day of _____ 2020.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE